# Exhibit I





**Leisure Search** [ SEARCH ]

SLEEP IN — Relaxation isn't just for vacation — BOOK A HOTEL ROOM

**CONNECT WITH US**

 Subscribe to Our blog
 Follow Us on Twitter
 Become a Facebook Fan

**TOP DESTINATIONS**

 **LONDON** Visit the Queen at Buckingham palace or ride the London Eye.

**PARIS** The lights, the music, the romance, love is in the air!

**ROME** History, scenery, romance and great culinary delights!

**MADRID** Enjoy live music and live action every day in this artists colony.

**SYDNEY** Learn to scuba dive, surf, or get acquainted with a Koala!

 **NEW YORK CITY** Catch a foul ball at Yankee Stadium, see a Broadway play.

 **LOS ANGELES** Visit a Hollywood spa and get treated just like a celebrity.

 **MIAMI** Cocktails and dancing will keep you warm all night long.





Flights | Hotels | Packages | Cruises | Cars

From (Origin): To (Destination): Adults: 1  Depart Date: Return Date:

Tip! Be sure to check at least 3 boxes below to find the best rate.

☐ Expedia  ☐ Hotwire  ☐ LowCostAirfares
☐ ORBITZ   ☐ DealBase Flight Deals  ☐ travel-ticker
☐ tripadvisor

[ Search ]



CALIFORNIA RAISINS. THE WISE CHOICE
ESSENTIAL VITAMINS & MINERALS, PLUS POTASSIUM AND DIETARY FIBER.
CLICK HERE FOR 25 KID-FRIENDLY RECIPES
CALIFORNIA RAISINS THE WISE CHOICE

**More Travel Headlines**

- Top 10 Classic Summer Lodges – Intelligent Travel Blog
- Calabria - the real Italy
- Jerusalem and Tel Aviv Best Things to Do
- Jerusalem and Tel Aviv Best Restaurants
- White Water Rafting in Kitulgala ″′ Adventure at Its Best

**Latest Videos**



flowplayer
© 2000-2010 Flowplayer Ltd



THE ROAD TO WISDOM IS LONG BUT THERE ARE SHORTCUTS.
ROLL OVER TO GROW WISDOM

**Leisure and Travel Related Articles**



**The Grand Wailea Resort and Spa: Experience the best Muai has to offer.**

Adults will enjoy the beautiful mosaic pool and swim up bar, while children ride the underwater elevator and water slides.

Read More »



**Royal Caribbean Cruises: Take a cruise to the Caribbean on this luxurious liner.**

Travelers can embark from one of ten ports. With choices like the Bahamas, Panama Canal and Southern Caribbean to choose from, you can't lose.

Read More »



**Feeling Adventurous? Sydney Australia offers enough to please adrenaline junkies.**

Skydive over Sydney's beautiful beaches, take an adventure safari, or go scuba diving. Just remember

Australia is home to some of the deadliest animals!
Read More »

## Travel Headlines

**Executive Coach of Chicago Gearing Up for Busiest Spring Ever**
Rising fuel prices and an increase in environmental awareness have led to a 30% increase in charter bus rentals for the Chicago motor coach company.

**Nok Air launches its promotion 1,090 and 1,290 Baht NET to all destinations**
Nok Air announces its promotion 1,090 Baht NET to Chiang Mai, Phitsanulok, Udon Thani, Ubon Ratchathani, Buri Ram, Surat Thani, Phuket and Chiang Mai-Mae Hong Son. And promotion 1,290 Baht NET to Nakhon Phanom, Sakon Nakhon, Nakhon Si Thammarat, Trang, Hat Yai, and Narathiwat.

**News: Four Seasons Houston Invites Guests - Discover Greener Side of Houston (Breaking Travel News)**
New package developed in partnership with Discovery Green illustrates that city's downtown area is for both work and play.{poll_summary} Share With Friends: | | Top News - Travel Stories, RSS and RSS Feed via Feedzilla.

**Events: Oneworld Travel Mart 2011 (Breaking Travel News)**
Set in San Francisco, the OneWorld Travel Mart (OTM) will bring international and domestic destination sellers together for two days with U.S. buyers for an unprecedented global travel marketplace.{poll_summary} Share With Friends: | | Top News - Travel News, RSS and RSS Feed via Feedzilla.

**In France, expect beaucoup de vacation (CNN)**
For the French, vacation is away time, and the company leaves you to enjoy the break, no matter how important your job Share With Friends: | | Top News - Travel News, RSS and RSS Feed via Feedzilla.

## Popular Travel Destinations



| | | | |
|---|---|---|---|
| Beijing | Paris | Rome | London |
| Shanghai | Prague | Berlin | Barcelona |
| Guangzhou | Istanbul | Florence | Venice |
| Madrid | Bangkok | Shenzhen | New Delhi |
| Bangalore | Milan | Xi'an | Hangzhou |
| Chengdu | Mumbai | Buenos Aires | Munich |
| Nanjing | Amsterdam | Blackpool | Vienna |
| Marrakech | Budapest | Rimini | Hanoi |
| Athens | Marmaris | Kyoto | Hamburg |
| Wuhan | Orlando | Chennai | Cologne |
| Chiang Mai | Osaka | Alanya | Jaipur |
| Benidorm | Dusseldorf | Sao Paulo | Krakow |



THE ROAD TO WISDOM IS LONG BUT THERE ARE SHORTCUTS.
25+ KID FRIENDLY RECIPES
CALIFORNIA RAISINS. THE WISE CHOICE.

Contact Leisure | About Leisure | Privacy Policy | Sitemap

Ⓒ Leisure

**yellowbook**